FILED

08 FEB 12 PH 4:45

CLERK, U.S. DIST...
SOUTHERN DISTRICT OF CALIFORNIA

ORIGINAL

BY: _____ DEPUTY

Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (626) 289-0005
Lawyer99@Pacbell.net

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHER DISTRICT OF CALIFORNIA

'08 CV 0265 H LSP

YUE ZHOU, individually,

SCOTT M. CARTER, individually,

PLAINTIFFS,

v.

EMILIO T. GONZALEZ, as Director of the
U.S Citizenship and Immigration Services,

MICHAEL CHERTOFF, as United States
Secretary of Homeland Security,

ROBERT MUELLER III, as Director of
Federal Bureau of Investigation,

DEFENDANTS.

Case No.:
Agency File No. MSC0528415318

COMPLAINT FOR DECLARATORY
RELIEF IN THE NATURE OF MANDAMUS

## INTRODUCTION

COME NOW Yue Zhou and Scott M. Carter, Plaintiffs in the above captioned case and

for cause of action would show unto the Court the following:

1

Complaint

1.    This is an action for declaratory and mandatory relief, authorized by 28 U.S.C. § 1361, the mandamus statute; 28 U.S.C. § 2201, the Declaratory Judgment Act; and 5 U.S.C. § 702, the Administrative Procedure Act, ("APA"). Petitioner files this action to compel the adjudication of Ms. Yue Zhou's application for lawful permanent residency.

2.    This action seeks to compel the Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("CIS"), to adjudicate Plaintiff Yue Zhou's Application to Adjust Status (Form I-485) [1] which were filed concurrently with the immediate relative immigrant petition (Form I-130) [2] filed by Ms. Zhou's United States citizen husband Mr. Scott M. Carter on July 6, 2005. The adjustment application has been pending for over two years now.

## JURISDICTION AND VENUE

3.    This Court has jurisdiction over the present action pursuant to 28 U.S.C. § 1361, the mandamus statute; 28 U.S.C. § 2201, the Declaratory Judgment Act; 28 U.S.C. § 1331, general federal question jurisdiction; and 5 U.S.C. § 702, the Administrative Procedure Act ("APA").

4.    Venue lies properly with this Court pursuant to 28 U.S.C. § 1391(e) because this is a civil action in which the Defendants are employees or officers of the United States, acting in their official capacity, and an agency of the Untied States; because a substantial part of the events or omissions giving rise to the claim occurred in San Diego, California, in the Southern District of California; and because Plaintiffs reside in the Southern District of California and there is no real property involved in this action.

---

[1] Receipt notice for Ms. Zhou's I-485 adjustment application, Exhibit A, p.10
[2] Receipt/pproval notices for the I-130 immediate relative immigrant petition filed by Mr. Carter, Exhibit B, pp.11-12

Complaint

5.    Intradistrict Assignment: This action should be assigned to the San Diego Division because a substantial part of the events and omissions giving rise to this claim occurred within the jurisdiction of that division. See Local Rules 3-2(c), (d)

## PARTIES

6.    Plaintiff Scott M. Carter is a citizen of the United States. On July 6, 2005, he filed family based I-130 petition on behalf of his alien wife, Yue Zhou as immediate relative (spouse) of a U.S. Citizen.[3]  It has been more than two years since the petition was filed but the case remains unresolved.

7.    Plaintiff Yue Zhou is a citizen and national of the People's Republic of China. Ms. Zhou currently resides in San Diego California with her husband Scott M. Carter who is a US citizen. On July 6, 2005, Ms. Zhou filed I-485 application for adjustment of status as immediate relative (spouse) of a U.S. citizen.  Her application was filed concurrently with the I-130 petition filed on her behalf by her U.S. citizen husband;[4]  More than two years have passed, Ms. Zhou's adjustment application still can not be adjudicated because of a pending FBI check on her background.[5]

8.    Defendant Emilio T. Gonzalez is the Director of the U.S. Citizenship and Immigration Services ("USCIS"), and this action is brought against him in his official capacity. He is generally charged with the implementation of the Immigration & Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the USCIS.

---

[3] Receipt/Approval notices for I-130 petition,  Exhibit B, pp.11-12

[4] Receipt notice for concurrently filed I-485 application, Exhibit A, p.10

[5] USCIS replies regarding pending FBI background check, Exhibit G, pp.23-27

Complaint

More specifically, Mr. Gonzalez is responsible for the adjudication of applications for

adjustment of status under §245 of the Immigration and Nationality Act ("INA") as well as

adjudication of applications for naturalization under §335 of the Immigration and Nationality Act

("INA").[6]

9.    Defendant Michael Chertoff is sued in his official capacity as the Secretary of

DHS. In this capacity, he has responsibility for the administration and enforcement of the

immigration and naturalization laws pursuant to section 402 of the Homeland Security Act of

2002, 107 Pub. L. No. 296, 116 Stat. 2135 (Nov. 25, 2002); see also 8 U.S.C. § 1103.

10.    Defendant Robert S. Mueller, III, is sued in his official capacity as Director of

Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security

clearances for other U.S. government agencies including National Name Check Program

("NNCP") mandated by Executive Order 10450, such as the Department of State. As will be

shown, Defendant has failed to complete the security clearances of Plaintiff's case.

## FACTUAL ALLEGATIONS.

11.    In July of 2005, Plaintiff Mr. Scott M. Carter, a United States Citizen, filed I-130

family based immigrant petition on behalf of his alien wife Yue Zhou [7] who concurrently filed I-

485 Applications for Adjustment of Status with USCIS National Benefits Center. [8] See 8 U.S.C.

§ 1151(b) (2).

---

[6] 8 U.S.C. §1255, 8 U.S.C. §1446
[7] Receipt/Approval Notices for Mr. Carter's I-130 immigrant petition for Ms. Zhou, Exhibit B, pp.11-12
[8] Receipt Notice for Ms. Zhou's I-485 adjustment application, Exhibit A, p.10

4                                                                          Complaint

12.    Plaintiff Yue Zhou had her first fingerprints and biometrics processed on July 19, 2005. Her second fingerprint was taken on July 19, 2005.[9] The Plaintiffs were subsequently interviewed by an adjudication officer at the USCIS San Diego District Office on August 29, 2005.[10]

13.    After the interview, the interviewing officer did not request any other additional documentation.  Ms. Zhou was told that she would receive her green card very soon.

14.    For the past two years, plaintiffs have regularly checked Ms. Zhou's case/name check status with USCIS/FBI. They have also sought assistance from their Constituent representative.[11] However Ms. Zhou's adjustment case has made no progress. The USCIS and FBI's replies to Plaintiff's case/name check status inquires remain the same that her case had been delayed because the required investigation on her background is still in process.[12]

15.    The CIS website shows that as of January 15, 2008, the San Diego District Office was processing similar I-485 applications with receipt dates on or about July 19, 2007, Ms. Zhou's application filed in July 2005 has been significantly delayed.[13]

16.    Plaintiff Ms. Zhou is harmed as a result of the agencies' delay in that while her application is pending, she is required to renew and pay for work authorization on an annual basis, in order to keep legal employment and driving privileges that are directly tied to the validity of her employment authorization.[14] Any delay by the agency in extending Plaintiff's employment authorization will cause her to be suspended from work and lose driving privileges.

---

[9] See replies to plaintiff's case/name check status inquiries and requests for assistance from FBI and Senator Feinstein's Office in  Exhibit E, p.19 and Exhibit F, p.22
[10] USCIS Interview Notice to Plaintiff Yue Zhou, Exhibit D, p. 16
[11] Letters from Senator Feinstein's Office in response to Plaintiff's request for assistance, Exhibit E, pp.17-19
[12] USCIS/FBI's similar replies to Plaintiff's case/name check status inquiries, Exhibits F-G, pp.20-27
[13] USCIS San Diego Processing dates posted  January 15, 2008, Exhibit H, p.28
[14] Receipt notices for Ms. Zhou's I-765 Applications for Employments Authorization Document, Exhibit I, pp.29-31

Complaint

17.     Further more, during the pendency of her adjustment application, Ms. Zhou must also apply and pay for special travel document called "advance parole" on an annual basis before she can travel overseas. This foreign travel restriction has adversely affected the Plaintiff's ability to visit family members overseas. Ms. Zhou was unable to timely visit her father when he was sick and hospitalized in January 2008.[15] The regulatory procedures have become a considerable burden and have cost the plaintiff many work hours as the plaintiff has had to leave work to do repetitive fingerprinting.[16]

18.     Plaintiff Ms Zhou has been unable to obtain travel and work without restriction as well as accrue time to be eligible for naturalization. Therefore, Defendants' unreasonable delay in processing her name check and adjudicating her adjustment application has unlawfully withheld from Ms Zhou the benefits of U.S. citizenship, such as the right to vote, to travel freely in and out of the Untied States using a United States Passport and, to have jobs that are restricted to the Untied States citizens or lawful permanent residents.

19.     In addition, the recent arbitrary fee increase on July 31, 2007 also adversely affected the plaintiffs as a direct result of the agency's delay in adjudication.

20.     Plaintiffs believe their immigration cases have been mishandled by Defendants. They have complied with the requirements of the law and regulations, but Ms Zhou's application for adjustment of status remains pending for more than two years after the initial filing.

21.     The Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §701 *et seq.,* have unlawfully withheld or unreasonably delayed actions on Ms Zhou's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

---

[15]Evidence of Ms. Zhou's father's illness, Exhibit J, pp. 32-34
[16]ASC appointment notices for processing Ms. Zhou's fingerprint/biometrics, Exhibit C, pp.13-15

## CAUSES OF ACTION,

### (VIOLATION OF IMMIGRATION AND NATIONALITY ACT AND ADMINISTRATIVE PROCEDURES ACT)

### *(MARRIAGE-BASED ADJUSTMENT OF STATUS APPLICATION)*

22.    Paragraphs 1 through 21 are incorporated herein.

23.    Plaintiff Yue Zhou is the subject of an approved I-130 visa petition filed by his United States citizen spouse. Pursuant to 8 U.S.C. § 1151(b)(2), immigrant visas are immediately available to the spouses of United States citizens. Hence, pursuant to 8 U.S.C. § 1255(a), Plaintiff Ms. Zhou is eligible for adjustment to the status of a lawful permanent resident.

24.    Plaintiff Yue Zhou has been eligible for adjustment of status since July 2005, for more than two years now. The USCIS San Diego district office is processing similar applications filed in July 2007. Plaintiff's application is clearly unreasonably delayed.

25.    As a result of the aforesaid delay, Ms. Zhou was subjected to various employment and travel restrictions, which she would not have had suffered had the application been adjudicated in a reasonable and timely manner.

26.    Mandamus is an appropriate remedy whenever a party demonstrates a clear right to have an action performed by a governmental official who refuses to act. Donovan  v. United States, 580.F.2d 1203, 1208 (3d Cir. 1978). Defendants have refused to adjudicate Plaintiff's marriage-based application for adjustment of status. Defendants have responsibilities to act upon the application and have failed to do so in a reasonable time or manner. See e.g. Patel v. Reno 134 F.3d 929 (9' Cir. 1997). Defendants have thus violated the Immigration and Nationality Act.

27.    Furthermore, while the statute does not provide a specific time frame within which an adjustment of status application must be processed, "[i]t is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days

Complaint

after the initial filing of the application…." 8 U.S.C. § 1571(b); See Toor v. Still, 2007 WL

2028407, at *3 (N.D. Cal.)

28.    Defendants have therefore, violated the Administrative Procedures Act ("APA"),

which provides that a reviewing court shall compel agency action unlawfully withheld or

unreasonably delayed. 5 U.S.C. § 706(1).

29.    Plaintiffs have exhausted all other available remedies. They have "no other

adequate means to attain the relief" they desire. (Allied Chemical Corp. v. Daiflon. Inc.449 U.S.

33, 35 (1980). Ms. Zhou's right to issuance of the writ is therefore "clear and indisputable."

## PRAYER

30.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs

Ms Yue Zhou and Mr. Scott M. Carter respectfully pray that the Defendants be cited to appear

herein and that, upon due consideration, the Court enters an order:

(a)    Requiring FBI to complete Plaintiff's name check within 30 days;

(b)    Requiring USCIS to complete adjudication of Plaintiff's application for

adjustment of status within sixty days;

(c)    Awarding Plaintiffs reasonable attorney's fees; and

(d)    Granting such other relief at law and in equity as justice may require

Dated this 11th day of February 2007

Respectfully submitted,

Daniel T. Huang, CBN 185948
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91802-1351

Complaint

Zhou, et al v. Gonzalez et al, Case Number:

**LIST OF ATTACHMENTS**

| *Exhibit* | *Description* |
|---|---|
| **A** | Receipt notice for Plaintiff Yue Zhou's I-485 Application, p. 10 |
| **B** | Receipt/Approval notices for Plaintiff Scott M. Carter's I-130 petition for his alien wife Ms. Yue Zhou, pp. 11-12 |
| **C** | ASC Appointment Notices for processing Ms. Zhou's Fingerprint/Biometrics, pp.13-15 |
| **D** | USCIS' Adjustment Interview notice to Ms. Zhou, p.16 |
| **E** | Letters from Senator Dianne Feinstein's Office in response to Plaintiff's request for assistance and informing her the result of their inquiry with FBI, pp.17-19 |
| **F** | FBI's responses to Plaintiff's letters with regard to the processing status of her background check, pp. 20-22 |
| **G** | Letters in response to Plaintiffs' status inquiries from USCIS San Diego and Customer Assistance Office, pp.23-27 |
| **H** | USCIS San Diego Processing dates posted January 15, 2008, p. 28 |
| **I** | Receipt notices for Plaintiff's I-765 Applications for Employment Authorization Document, pp. 29-31 |
| **J** | Evidence of Ms. Zhou's father's illness (with English translation), pp.32-34 |

Complaint

U.S. Citizenship and Immigration Services                                    **I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number:<br><br>MSC-05-284-15318 | | Case Type:<br><br>I-485 - Application to Register Permanent Residence or Adjust Status | |
|---|---|---|---|
| Received Date:<br>July 06, 2005 | Priority Date: | Applicant:<br><br>ZHOU, YUE | |
| Notice Date:<br>July 13, 2005 | Page        1 OF 1 | ASC Code·       3 | |

| YUE ZHOU | | |
|---|---|---|
| | Notice Type: | Receipt Notice |
| | Amount Received: | $385.00 |

The above application has been received.  **Please notify us immediately if any of the above information is incorrect.**  If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**FINGERPRINTING AND BIOMETRICS-**
The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at  **1-800-375-5283** to schedule your appointment.  For TDD hearing impaired assistance, please call  **1-800-767-1833.**

It is important that you schedule your appointment.  If you do not schedule or appear for your appointment, it could cause your application to be denied.  If you need to reschedule your appointment, please call the NCSC at  **1-800-375-5283.**

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
·       a passport or national photo identification issued by your country,
·       a driver's license,
·       a military photo identification, or
·       a state-issued photo identification card.
**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.**



**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283

EXHIBIT A, Receipt notice for Plaintiff Yue Zhou's I-485 Application          Form I-797C (Rev. 11/28/03) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-05-284-15320 | Case Type: I-130 - Petition for Alien Relative |
|---|---|
| Received Date: July 06, 2005 | Priority Date: | Petitioner: CARTER, SCOTT |
| Notice Date: July 13, 2005 | Page 1 OF 1 | Beneficiary: ZHOU, YUE |

| SCOTT CARTER | Notice Type: Receipt Notice |
|---|---|
| | Amount Received: $185.00 |

The above application/petition has been received. Please notify us immediately if any of the above information is incorrect. Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283

5109669        0002513383

Exhibit B, Receipt Notice for I-130 immediate relative immigrant petition

Department of Homeland Security
U.S. Citizenship and Immigration Service

**I–797, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>MSC-05-284-15320 | | CASE TYPE   I130   IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIPT DATE<br>July 13, 2005 | PRIORITY DATE | PETITIONER<br>CARTER, SCOTT M. |
| NOTICE DATE<br>August 30, 2005 | PAGE<br>1 of 1 | BENEFICIARY<br>ZHOU, YUE |
| SCOTT M. CARTER | | Notice Type:  Approval Notice<br>Section: Husband or wife of U.S.<br>        Citizen, 201(b) INA |

The above petition has been approved.  The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
BCIS - DHS
P.O. BOX #7216
CHICAGO IL 60680-7216
**Customer Service Telephone: (800) 375-5283**



Exhibit B, Approval Notice for I-130 immediate relative immigrant petition

Form I-797 (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | | |
|---|---|---|
| **APPLICATION NUMBER** MSC0624320451 | | **NOTICE DATE** 6/9/2006 |
| **CASE TYPE** 1765 | **SOCIAL SECURITY NUMBER** | **USCIS A#** | **CODE** 2 |
| | **TCB** | **SERVICE CENTER** MSC | **PAGE** 1 of 1 |

YUE ZHOU
LABDRAFT1304
CA 92130

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: ASC
BIOMETRICS QA REVIEW BY:
_____ ON JUN 2 3 2006
TENPRINTS QA REVIEW BY:
_____ ON _____

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| USCIS SAN MARCOS | 06/23/2006 |
| 727 W. SAN MARCOS BLVD. | 1:00 PM |
| SUITE 101, 102 (106 temp) | |
| SAN MARCOS, CA 92069 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**REQUEST FOR RESCHEDULING**

Please reschedule my appointment for the next available: ☐ Wednesday afternoon ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN MARCOS., 727 W. SAN MARCOS BLVD., SUITE 101, 102 (106 temp), SAN MARCOS, CA 92069.

**APPLICATION NUMBER1**
1765    MSC0624320451

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

Exhibit C, ASC Appointment Notice for processing Ms. Zhou's Fingerprint/Biometrics

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| CASE TYPE | APPLICATION NUMBER | | NOTICE DATE |
|---|---|---|---|
| 1765 1765 | MSC0625617309 | MSC0624320451 | 6/21/2006 |
| | SOCIAL SECURITY NUMBER | USCIS A# | CODE 2 |
| | TCR | SERVICE CENTER MSC | PAGE 1 OF 1 |

YUE ZHOU
A DR APT 3304

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
                              ON   JUL 0 6 2006
TENPRINTS QA REVIEW BY:
                              ON

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**

**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN MARCOS | 07/06/2006 |
| 727 W. SAN MARCOS BLVD. | 10:00 AM |
| SUITE 101, 102 (106 temp) | |
| SAN MARCOS, CA 92069 | |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon      ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN MARCOS, 727 W. SAN MARCOS BLVD., SUITE 101, 102 (106 temp), SAN MARCOS, CA 92069

| APPLICATION NUMBER 1 | APPLICATION NUMBER 2 |
|---|---|
| 1765 • MSC0625617309 | 1765 • MSC0624320451 |

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797 (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| ASC Appointment Notice | APPLICATION NUMBER MSC0724120704 | | NOTICE DATE 6/20/2007 |
|---|---|---|---|
| CASE TYPE I765 | SOCIAL SECURITY NUMBER | USCIS A# | CODE 2 |
| BIOMETRICS PROCESSING STAMP | TCR | SERVICE CENTER MSC | PAGE 1 of 1 |

YUE ZHOU    ASC SITE CODE:
DE BIOMETRICS QA REVIEW BY:
)2122    ON JU 1 8 2007
TENPRINTS QA REVIEW BY:
_____ ON _____

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS SAN MARCOS | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
| 727 W. SAN MARCOS BLVD. | |
| SUITE 101, 102 (106 temp) | **DATE AND TIME OF APPOINTMENT** |
| SAN MARCOS, CA 92069 | 07/18/2007 |
| | 12:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN MARCOS, 727 W. SAN MARCOS BLVD., SUITE 101, 102 (106 temp), SAN MARCOS, CA 92069

APPLICATION NUMBER 1
I765    MSC0724120704

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/06) N

Exhibit C, ASC Appointment Notice for processing Ms. Zhou's Fingerprint/Biometrics

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | NOTICE DATE July 29, 2005 |
|---|---|---|---|
| CASE TYPE FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A# |
| APPLICATION NUMBER MSC0528415318 | RECEIVED DATE July 06, 2005 | PRIORITY DATE July 06, 2005 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

YUE ZHOU

PLEASE COME TO: U.S. Citizenship and Immigration Services
1261 3RD AVENUE
SUITE A
CHULA VISTA CA 91911

AUG 29 PM 2:45

llanlullullulolol

1

ON:   Monday, August 29, 2005
AT:   02:45 PM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). Failure to appear may result in the denial of your application.

## Who should come with you?

- If your eligibility is based on your marriage, your husband or wife **must** come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: **Every** adult who comes to the interview **must** bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

## What **MUST** you bring?

- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring **all** your Passports and **any other** documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring **all** documentation establishing your eligibility for Lawful Permanent Resident status **(see below:** "What else should you bring?")
- Bring **all** immigration-related documentation ever issued to you.
- Bring both **originals** **and** **photocopies** of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for **each** document not in English. The translator must certify that s/he is fluent in both languages, and that the translation is in its entirety is complete and accurate.

## What else should you bring?

- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate **and** your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for **each** of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate **and** your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, **all** divorce decrees/death certificates for **each** prior marriage/former spouse;
  - Birth Certificates for **all** children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns **and** W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay and average weekly hours, **and** bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with **all** required evidence, including the following for **each** of your sponsors:
  - Federal Income Tax returns **and** W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay **and** average weekly hours, **and** pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for **each** arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT,** even if you do not have all the listed items. If an emergency, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

APPLICANT COPY



Form I-797C (Rev. 08/01/00) N

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504
http://feinstein.senate.gov

October 12, 2007

Mr. Yue Zhou

Dear Mr. Zhou:

I am writing to let you know I have received a copy of the letter you wrote to United States Senator Hillary Rodham Clinton.

Due to the large volume of mail my office receives and Privacy Act restrictions, I do not take specific action on requests unless someone writes directly to me. Since your correspondence was addressed to Senator Clinton, the agency you wrote about will not be able to release information about your case to me.

If you would like me to act on your behalf, please write directly to my San Francisco office and outline specifically how I could help you.

With warmest personal regards.

Sincerely,

Dianne Feinstein
United States Senator

DF:rb

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

Exhibit E, Response to Ms. Zhou's request for assistance from Senator Dianne Feinstein's Office
- 17 -

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510-0504

http://feinstein.senate.gov

November 16, 2007

Mr. Yue Zhou

Dear Yue:

Thank you for contacting my office regarding your concerns with the status of your name check. I appreciate your bringing this to my attention and giving me an opportunity to see if my office can be of assistance.

I have asked Morgan Galli in my San Francisco office to assist you. Ms. Galli has contacted the Federal Bureau of Investigation on your behalf. You will hear back from my office when a response is received from the agency, which usually takes eight to ten weeks.

Again, thank you for contacting me. My San Francisco staff will do all they can to help you.

Sincerely,

Dianne Feinstein
United States Senator

DF:mg

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

Exhibit E, Response to Ms. Zhou's request for assistance from Senator Dianne Feinstein's Office

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
    ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510-0504

http://feinstein.senate.gov

January 25, 2008

Mr. Yue Zhou

Dear Mr. Zhou:

The Federal Bureau of Investigation has told me your name check, received on July 19, 2005, is still pending. There is no way to determine when the name check will be completed. If you haven't heard about the status of your case from USCIS within six months, please contact our office and we will make a follow up inquiry.

I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Morgan Galli
Constituent Services Representative

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

Exhibit E, Letter from Senator Dianne Feinstein's Office, informing Plaintiff the result of their inquiry with FBI



U.S. Department of Justice

Federal Bureau of Investigation

Clarksburg, WV 26306

August 28, 2007

Ms. Yue Zhou

Dear Ms. Zhou:

Your June 18, 2007, letter addressed to the FBI, Washington, D.C., with enclosure, concerning your background check for your I-485 application, was referred to the FBI's Criminal Justice Information Services (CJIS) Division, Clarksburg, West Virginia, for response to you.

As information, the U.S. Citizenship and Immigration Services (USCIS) submits both fingerprint check requests and name check requests to the FBI for immigration applicants. The FBI's CJIS Division responds to the fingerprint check requests, while the FBI's National Name Check Program (NNCP) responds to the name check requests. Our CJIS Division records show that we have transmitted your favorable fingerprint check response to USCIS on September 7, 2005. For information about the NNCP's process, please refer to the attached "FBI File Fact Sheet" and the printout from the NNCP's Web site.

Concerning the status of your case, the FBI is not the agency to respond to you. Once both FBI responses (CJIS and NNCP) are transmitted to the USCIS, that agency must also conclude other procedures before finalizing the background check. Therefore, the USCIS is the answering agency. The USCIS pays fees to the FBI to perform background check services for them. As the paying customer, the USCIS directs the priority of cases and determines which cases should be expedited. We regret that

Ms. Yue Zhou

we are unable to inform you of your status.  We believe that your
best recourse is to maintain contact with your local immigration
office for any assistance they may provide.  Your enclosure is
returned.

Sincerely yours,

Kimberly J. Del Greco/dc
Kimberly J. Del Greco
Section Chief
Biometric Services Section
Criminal Justice Information
   Services Division

Enclosures (3)

-2-

Exhibit F, FBI's response regarding the processing status of Ms. Zhou's background check



**U.S. Department of Justice**

**Federal Bureau of Investigation**

Washington, D. C. 20535-0001

WH 607446                                September 19, 2007

Ms. Yue Zhou

Dear Ms. Zhou:

      Your letter directed to Mrs. George W. Bush concerning your name check status for immigration purposes, was forwarded to the Department of Justice and subsequently referred to the Federal Bureau of Investigation (FBI) for reply August 27, 2007.

      A review of the FBI's Name Check Program database revealed that your request was received from the United States Citizenship and Immigration Services on July 19, 2005, and is currently in process.

      The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information is to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, you may be assured that the results will be made available to the immigration authorities as quickly as possible.

      I trust this information will be of assistance.

      Sincerely,

      Michael A. Cannon
      Section Chief
      National Name Check Program Section
      Records Management Division

U.S. Department of Homeland Security
USCIS
880 Front Street, Room 1234
San Diego, CA 92101-8834



**U.S. Citizenship
and Immigration
Services**

Wednesday, August 30, 2006

YUE ZHOU

Dear YUE ZHOU:

On 08/25/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | MSC-05-284-15318 |
| **Beneficiary (if you filed for someone else):** | ZHOU, YUE |
| **Your USCIS Account Number (A-number):** | |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 08-30-2006 06:57 PM EDT - MSC-05-284-15318

Exhibit G, Letter in response to Ms. Zhou's case status inquiry from USCIS San Diego



U.S. Department of Homeland Security
USCIS
880 Front Street, Room 1234
San Diego, CA 92101-8834

**U.S. Citizenship
and Immigration
Services**

Thursday, December 14, 2006

YUE ZHOU


Dear YUE ZHOU:

On 12/13/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | MSC-05-284-15318 |
| **Beneficiary (if you filed for someone else):** | ZHOU, YUE |
| **Your USCIS Account Number (A-number):** | |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete.


If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.


U.S. Citizenship and Immigration Services




U.S. CIS - 12-14-2006 06:29 PM EST - MSC-05-284-15318

U.S. Department of Homeland Security
USCIS
880 Front Street, Room 1234
San Diego, CA 92101-8834



**U.S. Citizenship
and Immigration
Services**

Wednesday, March 14, 2007

YUE ZHOU

Dear yue zhou :

On 03/13/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 07/06/2005 |
| **Receipt #:** | msc-05-284-15318 |
| **Beneficiary (if you filed for someone else):** | zhou , yue |
| **Your USCIS Account Number (A-number):** | |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 03-14-2007 01:44 PM EDT - msc-05-284-15318

U.S. Department of Homeland Security
Washington, DC 20529

 **U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

AUG 3 ‾ 2007

Ms. Yue Zhou

Dear Ms. Zhou:

Thank you for your letter dated July 12, 2007, to Michael Chertoff, Secretary of the U.S. Department of Homeland Security. Your letter regarding the status of your case was forwarded to the U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS) for a response and assigned case # 702487.

We understand your concern that prompted you to write and appreciate your desire to resolve your immigration issue. We regret the length of time it has taken to process your Form I-485, Application to Register Permanent Residence or Adjust Status. Our records reflect that the processing of your case has been delayed because the required investigation into your background is still in process. Until the background investigation is completed, we cannot move forward on your case.

Please understand that these background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. Attached you will find two enclosures with detailed information regarding why the process exists, how it works, as well as the circumstances when the process can be expedited.

While an exact date for completion of your background check cannot be given at this time, we will make every effort to make a decision on this case as soon as the background checks are complete.

We appreciate your continued patience. If you need additional assistance and/or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our web site at www.uscis.gov.

Sincerely,

Christine Gooding, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

Enclosures: Fact Sheet Immigration Security Checks – How and Why the Process Works
USCIS Update – USCIS Clarifies Criteria To Expedite FBI Name Check

U.S. Department of Homeland Security
Washington, DC 20529



**U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

OCT 2 2 2007

Mrs. Yue Zhou

Dear Mrs. Zhou:

Thank you for your letter of September 6, 2007, to Michael Chertoff, Secretary of the U.S Department of Homeland Security, concerning the status of your pending Form I-485, Application to Register Permanent Residence or Adjust Status. Secretary Chertoff office forwarded your letter to the U.S. Citizenship and Immigration Services (USCIS) Customer Assistance Office for a response. We have assigned it case #727173.

We understand your concern that caused you to write and your desire to resolve your pending Form I-485 application. We have researched your case to determine the status of your Form I-485. Our records reflect that the processing of your case has been delayed because the required investigation into your background is still in process. Until the background investigation is completed, we cannot move forward on your case.

Please understand that these background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. Attached, you will find two enclosures with detailed information regarding why the process exists, how it works, as well as the circumstances when the process can be expedited.

While an exact date for completion of your background check cannot be given at this time, we will make every effort to make a decision on this case as soon as the background checks are complete.

We appreciate your continued patience. If you need additional assistance or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our web site at www.uscis.gov.

We trust that this information is helpful.

Sincerely,

Christine Gooding, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

Enclosures: Fact Sheet, Immigration Security Checks - How and Why the Process Works
            USCIS Update, USCIS Clarifies Criteria to Expedite FBI Name Check

www.uscis.gov

Exhibit G, Letter in response to Ms. Zhou's case status inquiry from USCIS Customer Assistance Office

U.S Citizenship and Immigration Services - Case Status Service Online                                    Page 1 of 2



Search
Advanced Search

Services & Benefits     Immigration Forms     Laws & Regulations     About USCIS     Education & Resources     Press Room

[ Print This Page ]    [ Back ]

## U.S. Citizenship and Immigration Services
## San Diego CA Processing Dates
## Posted January 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **San Diego CA** Posted January 15, 2008

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | October 17, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | July 19, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | September 08, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | September 08, 2007 |
| I-765 | Application for Employment Authorization | October 30, 2007 |
| N-400 | Application for Naturalization | June 19, 2007 |

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: |
|---|---|---|
| MSC-05-284-15321 | | I-765 - Application for Employment Authorization Document |

| Received Date: July 06, 2005 | Priority Date: | Applicant: ZHOU, YUE |
|---|---|---|
| Notice Date: July 13, 2005 | Page        1 OF 1 | ASC Code:    2 |

| YUE ZHOU | Notice Type:    Receipt Notice |
|---|---|
| | Amount Received:    $175.00 |

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**BIOMETRICS-**
The next step is to have your biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at  1-800-375-5283 to schedule your appointment.  For TDD hearing impaired assistance, please call  1-800-767-1833.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at  1-800-375-5283.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
* a passport or national photo identification issued by your country,
* a driver's license,
* a military photo identification, or
* a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.

ASC PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
TENPRINTS QA REVIEW BY:

_____ ON _____

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov
where you can find valuable information about forms, filing instructions, and immigration services and benefits.

| U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES P.O. Box 648005 Lee's Summit, MO  64064 National Customer Service Center: 1-800-375-5283 | |
|---|---|

5109669        0002513383

Form I-797C (Rev. 11/28/03) N

Exhibit I, Receipt notice for Ms. Zhou's I-765 Application for Employment Authorization Document

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-06-256-17309 | Case Type: I-765 - Application for Employment Authorization Document |
|---|---|
| Received Date: June 09, 2006 | Priority Date: | Applicant: ZHOU, YUE |
| Notice Date: June 15, 2006 | Page    1 OF 1 | ASC Code:    2 |

| YUE ZHOU | Notice Type:    Receipt Notice |
|---|---|
| | Amount Received:    $180.00 |

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**BIOMETRICS-**
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

**PLEASE NOTE-**

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
   a passport or national photo identification issued by your country,
   a driver's license,
   a military photo identification, or
   a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS (i.e., that a decision to grant or deny your application/petition has not yet been made). The current status of your application/petition must be verified with USCIS.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283

5191469        0003454443        Form I-797C (Rev. 01/01/05) N

Exhibit I, Receipt notice for Ms. Zhou's I-765 Application for Employment Authorization Document

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-07-241-20704 | | Case Type:<br>I-765 - Application for Employment Authorization Document | |
|---|---|---|---|
| Received Date:<br>May 28, 2007 | Priority Date: | Applicant:<br>ZHOU, YUE | |
| Notice Date:<br>May 31, 2007 | Page     1 OF 1 | ASC Code:     2 | |

| YUE ZHOU | Notice Type:     Receipt Notice |
|---|---|
| | Amount Received:     $180.00 |

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**BIOMETRICS-**
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

**PLEASE NOTE-**

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS (i.e., that a decision to grant or deny your application/petition has not yet been made). The current status of your application/petition must be verified with USCIS.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283

5272851     0527285103

Form I-797C (Rev. 01/31/05) N

Exhibit I, Receipt notice for Ms. Zhou's I-765 Application for Employment Authorization Document

**(Translation)**

Document 1:

## Hospitalization Expense Receipt for Hunan Province Medical & Health Work Unit

Admission No.: Z200801020006                    XiangCai TongZi (2005) 00843793

Sickroom: Sickroom 6          Sickbed No.: 81                    January 23, 2008

| Name: Zhou Dahai | | Date hospitalized: 2008-01-02 to 2008-01-17 | | | 15 days  total |
|---|---|---|---|---|---|
| Items | Amount | Items | Amount | Items | Amount |
| Bed | 180.00 | Operation | 0.00 | Western Medicine | 2571.51 |
| Diagnosis | 90.00 | Laboratory Exam | 1236.00 | Traditional Chinese Medicine | 0.00 |
| Physical Exam | 1300.00 | Material | 3.43 | Chinese herbal medicine | 0.00 |
| Treatment | 332.00 | Miscellaneous | 0.00 | Blood transfusion | 0.00 |
| Nursing care | 134.00 | Self-borne | 2434.74 | Unified plan paid | 3412.20 |
| Total Amount  (Capital): Two Thousand Thirty-four Dollars Seventy-four cents | | | | | ¥ 2343.74 |
| Collected in advance (Capital): Two Thousand | | | | | ¥ 2000.00 |
| Deferred : ¥ 43474 | | Refunded: ¥ 0.00 | | Debt: ¥ | |

Fee collecting unit (Seal)              Verification:                    Fee Collector: Xiao Gaodong

Document 2:

## Changsha Municipal No. 3 Hospital Disease Diagnosis Certificate

| Name | Zhou Dahai | Sex | Male | Female | Outpatient | |
|------|-----------|-----|------|--------|------------|---|
| | | Age | 62 years old | | Inpatient | No. |
| Diagnosis: | 1. Hypertension level 3, extremely highly dangerous<br>2. High lipemia<br>3. Cervical Arteriosclerosis on both sides<br>4. Both lower limbs Arteriosclerosis with artery spots on front leg<br>5. Fatty liver<br>6. Hypertrophy of prostate<br>7. Low resonance of bladder back wall, with tuberosity to be checked | | | | | |
| Treatment:  Lower pressure, relax heart  and diffuse fat | | | | | | |
| Suggestion: 1. Low salt, low fat diet<br>            2. Keep taking medicine<br>            3. Regular check-up and diagnosis | | | | | | |
| Cardiology internist  Signature          (Seale) | | | | | January 19, 2008 | |

Certification

I am fluent in both the Chinese and English languages and, I am competent to translate Chinese into English. I swear under penalty of perjury that the above is a true and accurate English translation of the attached Chinese original to the best of my knowledge.

Signature /           (May Zeng)
Date: February 6, 2008

Exhibit J, Evidence of Ms. Zhou's father's illness (English translation)

2



**Exhibit J, Evidence of Ms. Zhou's father's illness (Chinese original)**

ORIGINAL

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Yue Zhou, individually,
Scott M. Carter, individually.

## DEFENDANTS

EMILIO T. GONZALEZ, as Director of the U.S Citizenship and Immigration Services, MICHAEL CHERTOFF, as United States Secretary of Homeland Security, ROBERT MUELLER III, as Director of Federal Bureau of Investigation

FILED

(b) County of Residence of First Listed Plaintiff   **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

'08 CV 0265   H   LSP

DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)

Daniel T. Huang, CA Bar 185948
506 N. Garfield Ave., Ste. 100, Alhambra, CA 91801 626-289-0006

Attorneys (If Known)

U.S. Attorney's Office, San Diego County Office
880 Front Street, Room 6293, San Diego, California 92101-8893

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt. Reporting | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Declaratory Judgment Act, 28 U.S.C. §1361, Administrative Act, 5 U.S.C. §701 et seq.

Brief description of cause:
Defendants have unreasonably delayed Plaintiffs adjustment application.

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)

JUDGE

DOCKET NUMBER

DATE
02/11/2008

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 147566   AMOUNT $350   2/12/08   APPLYING IFP   JUDGE   MAG. JUDGE

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 147566    — BH**
**\* \* C O P Y \* \***
**February 12, 2008**
**16:37:44**

**Civ Fil Non-Pris**

USAO #.: 08CV0265 CIVIL FILING
Judge..: MARILYN L HUFF
Amount.:                    $350.00 CK
Check#.: BC# 3310

**Total—>  $350.00**

FROM: ZHOU V. GONZALEZ ET AL
        CIVIL FILING