# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 21 PM 3:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

COPY
DEPUTY

YUE ZHOU, individually,
SCOTT M. CARTER, individually,
Plaintiffs

vs

EMILIO, GONZALEZ, as Director of the US Citizenship and Immigration Services,
MICHAEL CHERTOFF, as United States Secretary of Homeland Security,
ROBERT MUELLER III, as Director of Federal Bureau of Investigation.
Defendants

**SUMMONS IN A CIVIL ACTION**

Case No. 08CV0265 H LSP

TO: (Name and Address of Defendant)




    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Daniel T. Huang, Attorney at Law. CBN 185948
506 N Garfield Ave., Suite 100
Alhambra CA 91801

    An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/21/08
DATE

By  C. PUTTMANN  Deputy Clerk