1  Daniel T. Huang, CSB 185948
   Law Office of Daniel Huang
2  506 N. Garfield Ave., Ste. 100
   Alhambra, CA 91801
3  Tel: (626) 289-0006
   Fax: (626) 289-0005
4  daniel@danielimmigration.com

5

6

7

8

9                     UNITED STATES DISTRICT COURT

10                    SOUTHERN DISTRICT OF CALIFORNIA

11 YUE ZHUO and SCOTT M. CARTER,     )   Case No. 08cv0265    H (LSP)
                                     )
12             Plaintiffs,           )
                                     )
13       v.                          )   VOLUNTARY DISMISSAL OF ACTION
                                     )
14 EMILIO GONZALEZ, Director, U.S.   )
   Citizenship and Immigration Service; )
15 MICHAEL CHERTOFF, Secretary, U.S. )
   Department of Homeland Security; and )
16 ROBERT MUELLER, III, Director,    )
   Federal Bureau of Investigation,  )
17                                   )
               Defendants.           )
18 _____ )

19

20       WHEREAS, the Defendants in this action have adjudicated Plaintiff Yue Zhuo's adjustment of

21 status application, and

22       WHEREAS, counsel for the Defendants has indicated that the adjustment of status application

23 was approved, and

24       WHEREAS, the case is now moot, and

25       WHEREAS, the Defendants have not answered the complaint or otherwise appeared in this

26 action.

27 ///

28 ///

1
2    THEREFORE, Plaintiffs dismiss this action pursuant to Rule 41(a)(1) of the Federal Rules of
3  Civil Procedure.  The Clerk is requested to enter said dismissal in the records of the District Court.
4
5  DATED:                                                   _____
                                                            DANIEL T. HUANG
6                                                           Attorney for Plaintiffs