CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    CAROLINE CLARK
    Assistant U.S. Attorney
    United States Attorney's Office
    880 Front Street, Room 6293
    San Diego, California 92101-8893

                              /s/Daniel T. Huang
                              Daniel T. Huang
                              Attorney for Plaintiffs